**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STANLEY J. CATERBONE AND     :   No. 496 MAL 2016
ADVANCED MEDIA GROUP     :
    :
    :
    :   Petition for Allowance of Appeal from
    v.             :   the Order of the Superior Court
    :
    :
LANCASTER CITY POLICE, ET. AL.     :
    :
    :
PETITION OF: STANLEY J. CATERBONE     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.